FILED
2021 Feb-08 PM 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBIN LUBIN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 5:20-cv-01958-AKK |
| ) | |
| WENDY T. TURNER; THE ) | |
| SECRETARY OF HOUSING AND ) | |
| URBAN DEVELOPMENT, AN ) | |
| AGENCY OF UNITED STATES ) | |
| OF AMERICA AND ALLY ) | |
| FINANCIAL, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND AGREEMENT FOR
## THE DISTRIBUTION OF INTERPLEADER FUNDS

Comes now the Plaintiff, Rubin Lubin, LLC (Rubin), the Wendy T. Turner (Turner) and the Secretary of Housing and Urban Development (HUD), by and through their respective counsel and file this Stipulation and Agreement for the Distribution of Interpleader Funds in the sum of $35,066.15 plus all interest earned. Rubin, Turner and HUD stipulate and agree as follows:

The Clerk of the Court is authorized and directed to draw a check on the funds on deposit in the Registry of the Court and remit the sum of $3,893.25 to RUBIN LUBIN, LLC and be mailed to the following:

>RUBIN LUBIN, LLC
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 300761

The Clerk of the Court is authorized and directed to draw a check on the funds on deposit in the Registry of the Court and remit the sum of $2,500.00 to Wendy T. Turner and be mailed to the following:

>Melissa W. Larsen
>MELISSA WIMBERLEY LAW, P.C.
>521 Madison Street, Ste. 201
>Huntsville, AL 35801

The balance of the interpleader fund plus all interest shall be paid to the Secretary of Housing and Urban Development and be mailed to the following:

>Prim F. Escalona
>United States Attorney
>Attn: Richard E. O'Neal
>Assistant United States Attorney
>1801 4th Avenue North
>Birmingham, Alabama 35203

This stipulation and agreement for distribution of interpleader funds resolves the claims of the parties to the interpleader fund.

Consented to and Approved on this the 2nd day of February 2021.

PRIM F. ESCALONA
United States Attorney
*/s/ Richard E. O'Neal*
Richard E. O'Neal
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
Tel. No. (205) 244-2120

*/s/ Timothy P. Pittman*
Timothy P. Pittman
RUBIN LUBIN, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Ga 300761

*/s/ Melissa W. Larsen*
Melissa W. Larsen
Counsel for Defendant Wendy T. Turner
MELISSA WIMBERLEY LAW, P.C.
521 Madison Street, Ste. 201
Huntsville, AL 35801